UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH EDWARD BOVIN BELSKIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF MAINE BOARD OF )<br>CORRECTION, et al., )<br>)<br>Defendants. ) | 1:15-cv-00091-JAW |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed August 31, 2015 (ECF No. 53), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion to Amend (ECF No. 39) be and hereby is GRANTED IN PART and DENIED IN PART. It is GRANTED except to the extent the Plaintiff requests leave to join the Department of Corrections.

It is further ORDERED that the Somerset County Defendants' Motion to Dismiss (ECF No. 17) be and hereby is DENIED.

It is further ORDERED that Defendant United States Marshal Service's Motion to Dismiss (ECF No. 28) be and hereby is DMISSED as moot.

It is further ORDERED that Defendant State of Maine Board of Corrections' Motion to Dismiss (ECF No. 30) be and hereby is DISMISSED as moot.

It is further ORDERED that Defendant MedPro Associates' request to dismiss Plaintiff's medical negligence claim (ECF No. 32) be and hereby is DISMISSED as moot and the remainder of Defendant MedPro's Associates' Motion to Dismiss (ECF No. 32) be and hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 14th day of October, 2015