UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH EDWARD BOVIN BELSKIS,   )<br>   )<br>    Plaintiff   )<br>   )<br>vs.   )<br>   )<br>STATE OF MAINE BOARD OF   )<br>CORRECTION, et al.,   )<br>   )<br>    Defendants   ) | Criminal No. 1:15-cv-00091-JAW |

ENTRY OF APPEARANCE

The Clerk will please enter my appearance as counsel for Plaintiff, JOSEPH EDWARD BOVIN BELSKIS.

Dated: March 31, 2017            /s/Jon A. Haddow
                                 Jon A. Haddow, Esq.
                                 Bar No. 7071
                                 Farrell, Rosenblatt & Russell
                                 61 Main Street, Suite 1
                                 P.O. Box 738
                                 Bangor, Maine  04402-0738
                                 (207) 990-3314
                                 Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH EDWARD BOVIN BELSKIS, )<br>)<br>    Plaintiff       )<br>)<br>vs.                       )<br>)<br>STATE OF MAINE BOARD OF  )<br>CORRECTION, et al.,        )<br>)<br>    Defendants    )  | Criminal No. 1:15-cv-00091-JAW |

      I hereby certify that on March 31, 2017, I electronically filed an Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

CASSANDRA S. SHAFFER

JOHN G. OSBORN

MICHAEL E. SAUCIER

PETER T. MARCHESI

                                      /s/ Jon A. Haddow
                                      Jon A. Haddow, Esq.
                                      Bar No. 7071
                                      Farrell, Rosenblatt & Russell
                                      61 Main Street, Suite 1
                                      P.O. Box 738
                                      Bangor, Maine 04402-0738
                                      (207) 990-3314
                                      Attorney for Plaintiff