UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| JOSEPH EDWARD BOVIN BELSKIS, | ) ) ) | |
| Plaintiff, | ) ) | Case 1:15-cv-91-JAW |
| vs. | ) ) | |
| STATE OF MAINE BOARD OF CORRECTIONS, THE COUNTY OF SOMERSET, MAINE MEDPRO ASSOCIATES, TERI THURLOW; UNITED STATES MARSHAL SERVICES, et al.. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

NOW COME the parties, by and through counsel, and stipulate pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), to the dismissal of all claims against Mary Patterson, RN, Lisa Cates, RN, Robert G. Ellis, PA-C, Rhonda Walters, LPN and Trina Littlefield in the above captioned action is dismissed with prejudice and without costs.

Respectfully submitted,

 /s/ *Michael E. Saucier*
Michael E. Saucier, Esq.
Attorney for Medpro Defendants
Libby, O'Brien, Kingsley & Champion
62 Portland Road; Suite 17
Kennebunk, ME 04043-0147

Respectfully submitted,

 /s/ *Jon A. Haddow*
Jon A. Haddow, Esq.
Farrell, Rosenblatt & Russell
61 Main Street, Suite 1
P.O. Box 738
Bangor, ME  04402-0738

Respectfully submitted,

 /s/ *Peter T. Marchesi*
Peter T. Marchesi
Wheeler & Arey, P.A.
27 Temple St. PO Box 376
Waterville, ME  04903

1

## CERTIFICATE OF SERVICE

    I, Michael E. Saucier, hereby certify that on this 18th day of January, 2018, I served the forgoing document be electronically served through CM/ECF with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                              */s/Michael E. Saucier*
                                              Michael E. Saucier, Esq.