# UNITED STATES DISTRICT COURT
District of Maine

|  |  |
|---|---|
| JOSEPH BELSKIS,<br>    Plaintiff<br><br>v.<br><br>STATE OF MAINE BOARD OF<br>CORRECTIONS, THE COUNTY OF<br>SOMERSET, MAINE MED PRO<br>ASSOCIATES, TERI THURLOW,<br>THE UNITED STATES MARSHAL<br>SERVICE, ET AL,<br>    Defendants | Docket No. 1:15-cv-00091-JAW |

## STIPULATION OF DISMISSAL

NOW COME the parties, through counsel, and stipulate that all remaining claims against Somerset County, Barry Delong, Stephen Giggey, David Allen, Eligah Munn, Cory Swope, and Dale Lancaster and DT Developers, Inc., d/b/a Maine MedPro Associates. may be dismissed with prejudice, and without costs, interest or fees to any party.

Dated:  February 21, 2018     /s/  Jon Haddow
                  Jon Haddow, Esq.
                  Attorney for Plaintiff


Dated: February 21, 2018      /s/  Michael Saucier
                  Michael Saucier, Esq.
                  Attorney for DT Developers, Inc., d/b/a
                  MedPro Defendants


Dated:  February 21, 2018     /s/  Peter T. Marchesi
                  Peter T. Marchesi, Esq.
                  Attorney for Somerset County Defendants

UNITED STATES DISTRICT COURT

District of Maine

| | |
|---|---|
| JOSEPH BELSKIS,<br><br>        Plaintiff<br><br>v.<br><br>STATE OF MAINE BOARD OF CORRECTIONS, THE COUNTY OF SOMERSET, MAINE MED PRO ASSOCIATES, TERI THURLOW, THE UNITED STATES MARSHAL SERVICE, ET AL,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Docket No. 1:15-cv-00091-JAW |

**CERTIFICATE OF SERVICE**

     I, Peter T. Marchesi, Esq., attorney for the Somerset County Defendants, hereby certify that:

- Stipulation of Dismissal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

        Jon Haddow, Esq.       *jah@frrlegal.com*
        Michael Saucier, Esq.   *msaucier@lokllc.com*

     Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

        None

Dated: February 21, 2018               /s/ Peter T. Marchesi
                                                    Peter T. Marchesi, Esq.
                                                      Wheeler & Arey, P.A.
                                                      Attorney for Somerset County Defendants
                                                      27 Temple Street
                                                      Waterville, ME 04901